Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-808

**Effective Date of Registration:**
May 20, 2025

**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Flatlay Food In The Table

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** May 18, 2023
**Nation of 1st Publication:** Indonesia

## Author

• **Author:** Kartika Paramita
**Author Created:** 2-D artwork
**Citizen of:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Kartika Paramita
Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama, Jakarta, 12240, Indonesia

## Rights and Permissions

**Name:** Kartika Paramita
**Email:** kartikaparamitastudio@gmail.com
**Address:** Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama Jakarta 12240 Indonesia

## Certification

**Name:** David Denholm
**Date:** May 20, 2025

**Applicant's Tracking Number:** KP2025051604



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-810**

**Effective Date of Registration:**
May 20, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:** Green Fruit And Vegetables Beige

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** November 28, 2023
**Nation of 1st Publication:** Indonesia

## Author

- **Author:** Kartika Paramita
  **Author Created:** 2-D artwork
  **Citizen of:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Kartika Paramita
Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama, Jakarta, 12240, Indonesia

## Rights and Permissions

**Name:** Kartika Paramita
**Email:** kartikaparamitastudio@gmail.com
**Address:** Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama Jakarta 12240 Indonesia

## Certification

**Name:** David Denholm
**Date:** May 20, 2025

**Applicant's Tracking Number:**   KP2025051605



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-809

**Effective Date of Registration:**
May 20, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Harum |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | November 18, 2022 |
| **Nation of 1st Publication:** | Indonesia |

## Author

| | |
|---|---|
| **Author:** | Kartika Paramita |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Indonesia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kartika Paramita |
| | Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama, Jakarta, 12240, Indonesia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kartika Paramita |
| **Email:** | kartikaparamitastudio@gmail.com |
| **Address:** | Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama Jakarta 12240 Indonesia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 20, 2025 |

Page 1 of 2

**Applicant's Tracking Number:** KP2025051606



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-806**

**Effective Date of Registration:**
May 20, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:**    Colorful Grid

## Completion/Publication

**Year of Completion:**    2023
**Date of 1st Publication:**    June 23, 2023
**Nation of 1st Publication:**    Indonesia

## Author

• **Author:**    Kartika Paramita
**Author Created:**    2-D artwork
**Citizen of:**    Indonesia

## Copyright Claimant

**Copyright Claimant:**    Kartika Paramita
Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama, Jakarta, 12240, Indonesia

## Rights and Permissions

**Name:**    Kartika Paramita
**Email:**    kartikaparamitastudio@gmail.com
**Address:**    Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama Jakarta 12240 Indonesia

## Certification

**Name:**    David Denholm
**Date:**    May 20, 2025

**Applicant's Tracking Number:** KP2025051601



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-805

**Effective Date of Registration:**
May 20, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:**   Donut Worry Be Happy

## Completion/Publication

**Year of Completion:**   2023
**Date of 1st Publication:**   August 25, 2023
**Nation of 1st Publication:**   Indonesia

## Author

- **Author:**   Kartika Paramita
  **Author Created:**   2-D artwork
  **Citizen of:**   Indonesia

## Copyright Claimant

**Copyright Claimant:**   Kartika Paramita
Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama, Jakarta, 12240, Indonesia

## Rights and Permissions

**Name:**   Kartika Paramita
**Email:**   kartikaparamitastudio@gmail.com
**Address:**   Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama Jakarta 12240 Indonesia

## Certification

**Name:**   David Denholm
**Date:**   May 20, 2025

Page 1 of 2

**Applicant's Tracking Number:**   KP2025051603



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-807

**Effective Date of Registration:**
May 20, 2025

**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:** Don't Be Afraid To Change

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 25, 2023
**Nation of 1st Publication:** Indonesia

## Author

- **Author:** Kartika Paramita
**Author Created:** 2-D artwork
**Citizen of:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Kartika Paramita
Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama, Jakarta, 12240, Indonesia

## Rights and Permissions

**Name:** Kartika Paramita
**Email:** kartikaparamitastudio@gmail.com
**Address:** Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama Jakarta 12240 Indonesia

## Certification

**Name:** David Denholm
**Date:** May 20, 2025

**Applicant's Tracking Number**:    KP2025051602

